RECEIVED
JUL 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BARBARA BULLIS<br>ROBERT KEHRES<br><br>VS.<br><br>METROPOLITAN PROPERTY &<br>CASUALTY INS. CO. | CIVIL ACTION NO. 07-0737<br><br>JUDGE HAIK<br><br>MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Before the court is defendant's "Response Memorandum in Compliance with Order Requiring Submission of Jurisdictional Amount," filed pursuant to this court's order of June 1, 2007.[1] Having reviewed defendant's memorandum and the exhibits thereto, I conclude that defendant has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999).

Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiffs' injuries. Following the accident, plaintiff Barbara Bullis was treated for a partial amputation of the left thumb, for which she underwent three surgeries; aggravation of a pre-existing knee condition; as well as a possible nasal fracture. Ms. Bullis's medical bills to date exceed $41,000.00. Plaintiff Robert Kehres sustained various injuries, including a rotator cuff injury that required surgery. Mr. Kehres's medical expenses exceed

---

[1] Rec. Doc. 10.

2

$25,000.00. Plaintiffs also cite cases in which plaintiffs with similar injuries were awarded more than $75,000.00 in general damages for their collective injuries.

Considering the foregoing, the undersigned concludes that plaintiffs' claims satisfy the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on July 17, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 7/17/07
BY:
TO: